FILED
CLERK, U.S. DISTRICT COURT
AUG 13 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY FLEMING <br><br> Defendant. | Case No.: 15 MJ 01510 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _District of Colorado_ for alleged violation(s) of the terms and conditions of his/(her) [probation] ([supervised release]) and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _absence of full background information_


1  defendants substance abuse history, and prior supervised
2  release violations
3
4     and/or
5  B. [X]  The defendant has not met his/her burden of establishing by
6     clear and convincing evidence that he/she is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9     on: defendant's prior criminal history
10
11
12
13
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:   8/13/15
18
19                                    Carla M. Woehrle
20                                    CARLA M. WOEHRLE
                                      UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28